- IN THE UNITED STATES DISTRICT COURT OF MISSOURI EASTERN DIVISION

RECEIVED
MAR 31 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Angela Tucker
Plaintiff,
v.,
United States of America,
Defendant.

Case No.: 4:24-CV-00595-JMB

MOTION TO DISMISS DEPOSITION TESTIMONY AND FOR SANCTIONS

COMES NOW, the Plaintiff,Angela Tucker PRO SE, by and through undersigned counsel, and pursuant to Missouri Supreme Court Rule 61.01, HIPPA Violation section 164.510,18 US code section 1621, 18 US code section 1001, Washington RPC 3.3,3.4(a&c) & 8.4d, FRCP 30(c), Perjury RSMO 575.040, Rule 30 Deposition misconduct, hereby moves this Honorable Court to dismiss the deposition testimony of Angela Tucker taken on December 19, 2024 and to impose appropriate sanctions. In support of this motion, Plaintiff states as follows:

1. Background

- On 12/19/24, the deposition of Angela Tucker was conducted as part of the discovery process in this case.
- Angela Tucker provided testimony under oath concerning damage to luggage on or about 3/14-15/2021.

2. Falsifying SwornTestimony

- During the deposition, Angela Tucker testified and Attorney Schute and Court Reporter omitted and changed Angela Tuckers sworn testimony and Attorney Schute violated Angela Tuckers 5th Amendment, HIPPA rights and Deposition rules.
- Evidence contradicting this testimony includes Deposition of Angela Tucker 12/19/24, pg. 6 line17-20,pg.8 line 21-25,pg.9 line 7-23, pg.11 line line 23-25, pg. 12 line 1-2 &18-25, pg.14 line 6-16,pg. 15 line 19-25, pg.16 line 4-25, pg.17 line 1-9,pg.18 line 3-25,pg.21 line 2,pg.23 line 3(1-25),pg.24 line 9-15,pg.25 line 1-25, pg. 26 line 1-25, pg. 27 line 1-25, pg.29 line 8-25,pg. 30 line 1-25, pg. 31 line 1-25, pg. 32 line 11-25,

pg. 33 line 1-25(4-8), pg. 36 line 1-25, pg. 38 line 1-25, pg.39 line 1-25, pg.42 line 1-25, pg. 43 line 1-24(13-25), pg.44 line 1-25, pg. 44&45&50 lines 1-25,pg.51 line13-25,pg. 66 line 5-25,pg.79 line 17-25, pg.83 line 1-25 .

3. Legal Basis

• Missouri Supreme Court Rule 61.01(b) provides that if a deponent fails to answer a question or provides evasive or incomplete answers, the proponent may move for an order compelling an answer or deeming the matter admitted.

- • Providing false testimony to the court undermines the integrity of the judicial process and constitutes a failure to comply with discovery obligations.

4. Request for Sanctions

• Given the materiality of the falsified testimony, Plaintiff requests that the Court:

• Dismiss the deposition testimony of Angela Tucker from the record.

• Impose sanctions against Attorney Schute and Court Reporter, including but not limited to requested sanctions, attorney's fees, contempt, adverse inference].

• Grant any other relief the Court deems just and proper.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion to Dismiss Deposition Testimony and for Sanctions, and for such other and further relief as the Court deems appropriate.

Dated: February 28,2025

Respectfully submitted,

Angela Tucker
11182 Majorca Drive
St.louis, Mo. 63138
773-406-5106
St.louis71@yahoo.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA TUCKER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CV-00595-JMB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEPOSITION OF ANGELA TUCKER

On Behalf of the Defendant

December 19, 2024

10:30 a.m.

CERTIFIED TRANSCRIPT

- DEPOSITION ERRATA SHEET -

IN RE: Angela Tucker vs. United States of America

Upon reading the deposition transcript and before subscribing thereto, the witness indicated that:

Page Line should read: line 17-20 pg 6
Reason assigned for change: errors

Page Line should read: line 21-25 pg 8
Reason assigned for change: errors

Page Line should read: line 7-11 pg 9
Reason assigned for change: errors

Page Line should read: line 15-23 pg 9, line 23-25 pg 11
Reason assigned for change: errors

Page Line should read: line 13-25 p11, line 1-2 pg 12, line 6-14 pg 14, line 19-25 pg 16
Reason assigned for change: errors

Page Line should read: line 4-20 pg 14, line 3-25 pg 18, line 16-25 pg 23, line 9-15 pg 24 line 1-10 pg 28
Reason assigned for change: errors

Page Line should read: line 8-25 pg 29, line 1-25 pg 30, line 1-25 pg 31 line 11-25 pg 32, line 1-25 pg 33, line 1-25 pg 36
Reason for assigned change: errors

Page Line should read: line 1-25 pg 38, line 1-19, 20-25 pg 39, line 1-25 pg 42, line 1-25 pg 43, 1-25 pg 44 line 1-25 pg 45
Reason assigned for change: errors

Page Line should read: line 1-25 pg 50, line 17-25 pg 77, line 1-25 pg 83
Reason assigned for change: errors

RONNIE EWING
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES FEBRUARY 28, 2025
ST. LOUIS COUNTY
COMMISSION #21696828

[signature]

refused to sign due to errors [illegible]

ANGELA TUCKER

- WITNESS SIGNATURE PAGE -

I, ANGELA TUCKER, hereby acknowledge that I have read the foregoing transcript of my deposition testimony, given on the 19th day of December, 2024, by affixing my signature hereto.

ANGELA TUCKER

Subscribed and sworn to before me this 22 day of Februry, 2025.

RONNIE EWING
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES FEBRUARY 28, 2025
ST. LOUIS COUNTY
COMMISSION #21696828

MY COMMISSION EXPIRES: 02-28-2025

Notary Public, within and for the State of Missouri.

Exhibit 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Angela Tucker
Plaintiff, Case No. 4:24-CV-00595-JMB

V.

United States of America

Defendant.

I, Angela Tucker am clarifying previously sent email, on February 7,8, 2025. I was not asking the Judge for a hearing only to inform the courts due to erroneous documentation, and all that has happened with this case, I am not going to sign the deposition at this time.

Thank you,
Angela Tucker Pro Se